UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DENT,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL HOROWITZ, et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-02115-GW (SHK)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On March 21, 2019, Plaintiff Jason Dent ("Plaintiff") moved for preliminary and emergency injunctions ("Motion") against Defendants Inspector General Michael Horowitz, U.S. Attorney General William Barr, Deputy U.S. Attorney General Rod Rosenstein, Federal Bureau of Prisons ("BOP") Assistant Director F. Lara, Federal Correctional Complex ("FCC") Victorville "Warden Shinn," Victorville Federal Correctional Institution ("FCI") "#2 Warden Carr," Western Regional Director Jane Doe, Northeast Regional Director Jay Ray Ormond, "U.S.P. Canaan Warden Bradley," and "U.S.P. Canaan Counselor Durkin" (collectively "Defendants"). Electronic Case Filing Number ("ECF No.") 1, Motion.

On March 28, 2019, the Court denied Plaintiff's Motion without prejudice, but granted Plaintiff 21 days, until April 18, 2019, to file a Complaint based on the allegations in the Motion before dismissing the entire matter. ECF No. 4, Order Denying Preliminary and Emergency Injunction Without Prejudice and Order Setting Deadline to File a Complaint ("Order"). The Court warned, however, that "**failure to timely file a complaint will result in this action being dismissed without prejudice for failure to state to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**" Id. at 7 (emphasis in original).

Plaintiff has failed to timely file a Complaint as ordered. Accordingly, the Court finds that dismissal of this action without prejudice is warranted here.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

Dated: April 30, 2019

_____
HONORABLE GEORGE H. WU,
United States District Judge

Presented by:

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge