JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DENT,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL HOROWITZ, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-02115-GW (SHK)<br><br><br>JUDGMENT |

Pursuant to the Order presented by the United States Magistrate Judge Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 30, 2019

_____
HONORABLE GEORGE H. WU
United States District Judge